IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SADI LOFORTE,

    Plaintiff,

v.                                                                                    CASE NO.:

STALLION EXPRESS FL, LLC,

    Defendant.
_____/

**NOTICE OF REMOVAL**

**TO: THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA**

PLEASE TAKE NOTICE that Defendant Stallion Express FL LLC ("Defendant") hereby removes this action pursuant to 28 U.S.C. §§ 1446 and 1331 to the United States District Court for the Middle District of Florida, Tampa Division. As grounds for removal, Defendant states as follows:

1. Defendant is a party to a civil action brought against it in the Circuit Court of the 13th Judicial Circuit, Hillsborough County, Florida entitled "Sadi Loforte v. Stallion Express FL LLC," Case No.: 22-CA-000324 (the "State Action"), in which Plaintiff Sadi LoForte ("Plaintiff") asserts claims against Defendant for national origin discrimination, sex discrimination, and retaliation under Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e-2, 42 U.S.C. § 2000e-3). This action was commenced by Plaintiff's filing of the underlying state court summons and complaint on January 13, 2022. (Summons and Complaint attached as **Exhibit A**).

2. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days of the date on which Defendant was served with the summons and complaint - May 5, 2022 (Service of Process Transmittal Summary attached as **Exhibit B**).

3. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 1.06, a copy of all process, pleadings, and orders, and any other paper docketed in the state court and/or received by the removing Defendant are attached hereto and are being filed herewith.

4. The Circuit Court of the 13th Judicial Circuit, Hillsborough County, Florida is located in the Middle District of Florida. Under 28 U.S.C. §§ 1441(a) and 1446(a), Defendant may remove a state court civil action to the district court within which such action is pending. This Court embraces the place where the State Action being removed is pending. Therefore, the State Action may be removed to this Court under 28 U.S.C. §§ 1441(a) and 1446(a).

5. Removal of the State Action is proper under 28 U.S.C. §§ 1331 and 1441(a) because this Court has original jurisdiction of this action. The State Action alleges Defendant violated Title VII of the Civil Rights Act of 1964. The State Action, therefore, reveals the existence of a federal question.

6. Therefore, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, removal of the State Action to this Court is appropriate.

7. Contemporaneous with the filing of this Notice, Defendant is filing a true and accurate copy of this Notice of Removal with the Clerk of Courts for the

Circuit Court of the 13th Judicial Circuit, Hillsborough County, Florida, together with the Notice of Filing Notice of Removal filed therein and is serving those papers upon Plaintiff's Counsel, in compliance with 28 U.S.C. § 1446(d).

8.     Defendant files its civil cover sheet and its corporate disclosure statement in compliance with Fed. R. Civ. P. 7.1 and Local Rule 3.03 contemporaneously with this Notice of Removal.

9.     No admission of fact, law, or liability is intended by this Notice of Removal, and Defendant expressly preserves any and all of its defenses, denials, and/or objections.

10.    Based on the foregoing, this Court has jurisdiction over this matter and the action is properly removed to this Court.

WHEREFORE, Defendant respectfully removes this action from the Circuit Court of the 13th Judicial Circuit, Hillsborough County, Florida to this Honorable Court.

Dated: May 25, 2022                      Respectfully Submitted,

/s/ Mary Ruth Houston
MARY RUTH HOUSTON, ESQ.
Florida Bar No. 834440
Email address:  mhouston@shutts.com
REED SEBASTIAN ARROYO, ESQ.
Florida Bar No. 1013893
Email address:  sarroyo@shutts.com
**SHUTTS & BOWEN LLP**
300 S. Orange Avenue, Suite 1600
Orlando, Florida 32801-5403
Telephone:  (407) 423-3200
Facsimile:   (407) 425-8316

and

Joseph N. Gross (Ohio Bar# 0056241)
Jordan J. Call (Ohio Bar# 0096040)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
T: 216.363.4500
F: 216.363.4588
E: jgross@beneschlaw.com
   jcall@beneschlaw.com
(*pro hac vice* forthcoming)

*Counsel for Defendant Stallion Express FL LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of May, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following: Jason S. Remer, Esq. of REMER & GEORGES-PIERRE, PLLC, jremer@rgpattorneys.com, counsel for Plaintiff.

/s/ *Mary Ruth Houston*
*Counsel for Defendant Stallion Express FL LLC*

ORLDOCS 19667749 2

4